6714.   PUGH *v.* MAYOR AND ALDERMEN OF MILLEDGEVILLE.

RUSSELL, C. J.   The rulings upon the various assignments of error are controlled by the decision of this court in the case of *Berry* v. *Milledgeville,* 17 *Ga. App.* 326 (86 S. E. 744) ; and the judge of the superior court did not err in refusing to sanction the certiorari.

*Judgment affirmed.*

DECIDED APRIL 21, 1916.

Petition for certiorari; from Baldwin superior court—Judge Park.   June 3, 1915.

*John T. Allen,* for plaintiff in error.

*Livingston Kenan,* contra.

---

6725.   FREEMAN *v.* LYLE.

BROYLES, J.   1.   The facts stated in the bill of exceptions do not show that the trial judge abused his discretion in overruling the motion for a continuance of the motion for a new trial in the case.

2.   The lower court having certified that no proper brief of the evidence was filed, or prepared and tendered, when the motion for a new trial was called for hearing in its regular order, this court can not say that the dismissal of the motion was error.          *Judgment affirmed.*

DECIDED APRIL 21, 1916.

Motion for new trial; from city court of Atlanta—Judge Reid. April 24, 1915.

*Thomas E. Scott, Hugh Howell,* for plaintiff in error.

*Moore & Branch, P. L. Bartlett,* contra.